IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HUDSON ENTERPRISES, INC.,
d/b/a River Valley Marina                                                    PLAINTIFF

v.                              No. 4:15-cv-12-DPM

CERTAIN UNDERWRITERS AT LLOYD'S
LONDON INSURANCE COMPANIES,
Subscribing to Policy #10NCG01559 and
Agreement Numbers NPPI1011456 and
NPPI09112456                                                                 DEFENDANT

ORDER

For the reasons stated on the record at the 19 February motions hearing, the Court denies the motion for sanctions, № 38, and the motion to strike expert witnesses, № 39. The joint report, № 37, was addressed too.

The Court amends the Final Scheduling Order and sets the following deadlines:

- By 26 February 2016    Underwriters must provide any other non-privileged Gray material about the insurance claim, including internal email.

- By 29 February 2016    Hudson must allow Underwriters to inspect the marina.

- By 4 March 2016    Hudson must decide if it will hire an expert, and notify Underwriters.

- By 31 March 2016    Hudson must provide any expert report.

If Hudson hires an expert, Underwriters may depose that person outside the discovery period. The Final Scheduling Order, № 26, otherwise remains in effect.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

22 February 2016