IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HUDSON ENTERPRISES, INC.,
d/b/a River Valley Marina                                                          PLAINTIFF

v.                                   No. 4:15-cv-12-DPM

CERTAIN UNDERWRITERS AT LLOYD'S
LONDON INSURANCE COMPANIES, Subscribing
to Policy #10NCG01559 and Agreement Numbers
NPPI1011456 and NPPI09112456                                                       DEFENDANT

ORDER

After reviewing the summary judgment papers, the Court sees only questions of law; it doesn't look like we need a trial. The Final Scheduling Order, № 26, is therefore suspended and the 6 June 2016 trial is canceled. An Amended Final Scheduling Order will issue if the Court's view changes after a deeper look into the papers. The Court defers ruling on the parties' discovery dispute, № 55. If we need a trial, the Court will address the helpful joint report.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 March 2016