IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HUDSON ENTERPRISES, INC.,
d/b/a River Valley Marina; RAY
HUDSON; and DEBRA HUDSON                                PLAINTIFFS

v.                         No. 4:15-cv-12-DPM

RISK PLACEMENT SERVICES, INC.;
CERTAIN UNDERWRITERS AT LLOYD'S
LONDON INSURANCE COMPANIES, Subscribing
to Policy #10NCG01559 and Agreement Numbers
NPPI1011456 and NPPI09112456                            DEFENDANTS

## JUDGMENT

1. Ray Hudson and Debra Hudson's claims are dismissed without prejudice.

2. Hudson Enterprises, Inc.'s unjust enrichment claim against Risk Placement Services, Inc. is dismissed without prejudice. The rest of Hudson Enterprises, Inc.'s claims against Risk Placement Services, Inc. are dismissed with prejudice.

3. Hudson Enterprises, Inc.'s claims against Certain Underwriters at Lloyd's London Insurance Companies, Subscribing to Policy #10NCG01559

and Agreement Numbers NPPI1011456 and NPPI09112456 are dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 May 2016