IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HUDSON ENTERPRISES, INC.,**
**d/b/a River Valley Marina**                                  **PLAINTIFF**

v.                                    **No. 4:15-cv-12-DPM**

**CERTAIN UNDERWRITERS AT LLOYD'S**
**LONDON INSURANCE COMPANIES, Subscribing**
**to Policy #10NCG01559 and Agreement Numbers**
**NPPI1011456 and NPPI09112456**                           **DEFENDANT**

## ORDER

The Court requests the Marina to provide an affidavit about its finances,

including assets, liabilities, income, and expenses. Compare *Rickard v. Swedish*

*Match North America, Inc.*, No. 3:12-cv-57-KGB, № 76 (E.D. Ark. 9 May 2014),

where there was no objection to an unsworn statement of poverty. Please file

the affidavit under seal by 15 July 2016.

So Ordered.

*D.P. Marshall J.*

D.P. Marshall Jr.
United States District Judge

5 July 2016