IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HUDSON ENTERPRISES, INC.,
d/b/a River Valley Marina                                                         PLAINTIFF

v.                              No. 4:15-cv-12-DPM

CERTAIN UNDERWRITERS AT LLOYD'S
LONDON INSURANCE COMPANIES, Subscribing
to Policy #10NCG01559 and Agreement Numbers
NPPI1011456 and NPPI09112456                                               DEFENDANT

ORDER

The Court requests the Marina to provide an affidavit about its finances, including assets, liabilities, income, and expenses. Compare *Rickard v. Swedish Match North America, Inc.*, No. 3:12-cv-57-KGB, № 76 (E.D. Ark. 9 May 2014), where there was no objection to an unsworn statement of poverty. Please file the affidavit under seal by 15 July 2016.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 July 2016